UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| JOHN W. FERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09-CV-40 |
| v. | ) | *Lee* |
| | ) | |
| MELVIN N. JOHNSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendants' motion seeking clarification regarding the due date for filing their reply brief to Plaintiff's responses to Defendants' dispositive motion for summary judgment [Doc. 38]. The motion [Doc. 38] is **GRANTED** and Defendants shall file their replies, if any, to Defendants' dispositive motion and motion in limine by **Monday, March 21, 2011**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE